# EXHIBIT B

# EXHIBIT B

SUMM

Rec'd 5-21-15 @ 1:40 p.m.

DISTRICT COURT

CLARK COUNTY, NEVADA

Willie Thurmond, et al.

                Plaintiff(s),

          -vs-

Presidential Limousine, et al.

                Defendant(s).

CASE NO. A-15-717388-C
DEPT. NO. XXV

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

   (b) Serve a copy of your response upon the attorney whose name and address is shown below.

ENTERED

SUMM Civil.docx/5/15/2015

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

Leon Greenberg, Esquire
2965 S. Jones Boulevard, Suite E-3
Las Vegas, NV 89146

STEVEN D. GRIERSON
CLERK OF COURT

By: _____  MAY 19 2015
 Deputy Clerk              Date

Regional Justice Center   JUDIT ANGYALNE KISS
200 Lewis Avenue
Las Vegas, NV 89155

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

SUMM

Rec'd 5-21-15 @ 1:40 p.m.

# DISTRICT COURT

## CLARK COUNTY, NEVADA

Willie Thurmond, et al.

            Plaintiff(s),

  -vs-

Presidential Limousine, et al.

           Defendant(s).

CASE NO.  A-15-717388-C
DEPT. NO.  XXV

## SUMMONS - CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

SUMM Civil.docx/5/15/2015

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

/s/ Leon Greenberg
Leon Greenberg, Esquire
2965 S. Jones Boulevard, Suite E-3
Las Vegas, NV 89146

STEVEN D. GRIERSON
CLERK OF COURT

By: /s/ Judit Angyalne Kiss    MAY 19 2015
    Deputy Clerk              Date

Regional Justice Center   JUDIT ANGYALNE KISS
200 Lewis Avenue
Las Vegas, NV 89155

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

Rec'd 5-21-15 @ 1:40 p.m.

1  SUMM

DISTRICT COURT

CLARK COUNTY, NEVADA

Willie Thurmond, et al.

          Plaintiff(s),

      -vs-

Presidential Limousine, et al.

          Defendant(s).

CASE NO.  A-15-717388-C
DEPT. NO. XXV

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

ENTERED

SUMM Civil.docx/5/15/2015

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

Leon Greenberg, Esquire
2965 S. Jones Boulevard, Suite E-3
Las Vegas, NV  89146

STEVEN D. GRIERSON
CLERK OF COURT

By: _____  MAY 19 2015
    Deputy Clerk              Date

Regional Justice Center   JUDIT ANGYALNE KISS
200 Lewis Avenue
Las Vegas, NV 89155

**NOTE: When service is by publication, add a brief statement of the object of the action.  See Nevada Rules of Civil Procedure 4(b).**