Anthony L. Hall, Esq.
Nevada Bar No. 5977
R. Calder Huntington, Esq.
Nevada Bar No. 11996
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
(702) 669-4600 - phone
(702) 669-4650 – fax
ahall@hollandhart.com
rchuntington@hollandhart.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE THURMOND and DAVID THOMAS, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL LIMOUSINE, PRESIDENTIAL LIMOUSINE, a Nevada corporation, and PRESIDENTIAL LIMOUSINE CONCIERGE SERVICE, INC., and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:15-cv-01066<br><br>**STATEMENT CONCERNING REMOVAL** |

Defendants PRESIDENTIAL LIMOUSINE, PRESIDENTIAL LIMOUSINE, a Nevada corporation, PRESIDENTIAL LIMOUSINE CONCIERGE SERVICE, INC. and BRENT BELL (hereinafter collectively referred to as the "Defendants") hereby submits the following Statement Concerning Removal:

    1.    On or about April 22, 2015, an action was commenced against Defendants, Case No.: A-15-717388-C, Dept. XXV, in the Eighth Judicial District Court, in the County of Clark, State of Nevada.

    2.    Defendants removed this case on the grounds of federal question jurisdiction

Page 1 of 4

7750992_1

1  pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 as the Complaint asserts claims arising under
2  federal law, specifically the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

3.  According to the Complaint, Plaintiffs WILLIE THURMOND ("Thurmond") and DAVID THOMAS ("Thomas") are Nevada residents. *See* Complaint at ¶¶ 1 and 2.

4.  Defendants PRESIDENTIAL LIMOUSINE ("PL"), PRESIDENTIAL LIMOUSINE, a Nevada corporation ("PLC"), and PRESIDENTIAL LIMOUSINE CONCIERGE SERVICE, INC. ("PLCS"), are Nevada corporations duly organized and existing under the laws of Nevada with their principal places of business in Nevada.

5.  Defendant BRENT J. BELL, was at all times relevant herein, an officer for Defendants PL, PLC, and PLCS. *See* Exhibit A at ¶ 6.

6.  There are no other named defendants to join herein or who are required to consent to this removal.

7.  The Complaint alleges damages for the named Plaintiffs Thurmond and Thomas, and for similarly situated putative plaintiff class members in an amount equal to unpaid minimum wages and overtime compensation, "kick back" payments, liquidated damages, up to thirty (30) days waiting time penalties, plus interest, costs, and attorneys' fees. *See* Exhibit A at ¶¶ 33-34, 38, 43. In addition, the Complaint seeks all other relief available under the Nevada Constitution, allegedly including injunctive and equitable relief. *Id.* at ¶ 33-34.

8.  Defendants Notice of Removal was timely filed "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable . . . ." 28 U.S.C. § 1446(b). Defendants were served with the Complaint and Summonses on May 21, 2015. Defendants are, therefore, within the 30-day deadline to remove.

/ / /

/ / /

7750992_1

9. Additionally, the Notice of Removal was timely because it was removed less than one year after the case was commenced in the state court, in accordance with 28 U.S.C. § 1446(c)(1).

DATED this 5 day of June, 2015.

*(signature)*

Anthony L. Hall, Esq.
R. Calder Huntington. Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendants*

7750992_1.

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2015, I served a true and correct copy of the foregoing **STATEMENT CONCERNING REMOVAL** addressed as follows:

Leon Greenberg, Esq.
Dana Sniegocki, Esq.
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd., Suite E3
Las Vegas, Nevada 89146

and

Richard Segerblom, Esq.
Law Office of Richard Segerblom, Ltd.
700 S. 3rd Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

 **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

☐ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

☐ **PERSONAL SERVICE:** I served by hand delivery a true and correct copy of the document described herein.

_____
An Employee of HOLLAND & HART LLP

7750992_1