LEON GREENBERG, SB# 8094
DANA SNIEGOCKI, SB# 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

---------------------------------------------------x
WILLIE THURMOND and DAVID )
THOMAS, Individually and on behalf )
of others similarly situated, )
               Plaintiff, )
)
vs. )
)
PRESIDENTIAL LIMOUSINE, )
PRESIDENTIAL LIMOUSINE, A )
NEVADA CORPORATION, and )
PRESIDENTIAL LIMOUSINE )
CONCIERGE SERVICE, INC., and )
BRENT J. BELL, )
)
               Defendants. )
_____

**Case No.:** 2:15-cv-1066

CERTIFICATE AS TO INTERESTED PARTIES

LR 7.1-1

      The undersigned, counsel of record for the plaintiffs hereby certifies, pursuant to Local Rule 7.1-1, that there are no known interested parties (including parent(s), subsidiary(ies), affiliate(s), and/or insider(s) of the named non-individual parties) to this litigation besides the parties named in the above caption.  These representations are made to enable judges of the Court to evaluate possible recusal.

Clark County, Nevada         Dated: June 5, 2015

                                  Submitted by the attorneys for the Plaintiffs,
                                  Leon Greenberg, Professional Corporation

                                  By:   */S/LEON GREENBERG*
                                  Leon Greenberg, Esq.
                                  NSB 8094
                                  2965 S. Jones Boulevard Suite E-3
                                  Las Vegas, Nevada 89146
                                  (702) 383-6085
                                  Attorney for Plaintiffs