UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE THURMOND, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL LIMOUSINE, et al.,<br><br>                              Defendants. | Case No. 2:15-cv-01066-MMD-PAL<br><br>ORDER |

At a hearing on July 28, 2015, the court considered and decided Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action (Dkt. #10) granting in part and denying in part the motion. At the hearing, the court orally ruled on the parties' disputes, required the parties to meet and confer to agree on a draft proposed form of notice in accordance with the court's directions at the hearing. The court gave the parties until August 7, 2015, to submit a proposed notice. In a written Order (Dkt. #31) entered August 19, 2015, the court pointed out that the parties had yet to comply with the court's order to submit an agreed-upon draft proposed notice. The status report was filed the following day. It indicates that the parties agreed on a proposed form of notice with three exceptions, and request that the court resolve their disputes. The proposed form of notice and the parties' respective positions are outlined in the status report and draft proposed order attached as Exhibit A.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The parties' dispute concerning the description of the lawsuit is resolved in favor of the Plaintiffs. The additional language proposed by Defendants will not be included in the proposed notice.

2. The parties' dispute concerning the description of the collective action is resolved in favor of the Plaintiffs. The additional language proposed by Defendants will not be included in the proposed notice.

3. The parties' disputes concerning the immigration status paragraph is resolved in favor of the Plaintiffs. The additional language proposed by Defendants will not be included in the proposed notice.

4. Counsel for Plaintiff shall have until **August 25, 2015**, to submit a revised form of notice in compliance with this order to the court for approval and signature. The final version of the notice shall also contain the date the court approved for the conditionally certified class, April 22, 2012, on line 21 on page 1 of the draft proposed order.

DATED this 21st day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE