LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE THURMOND and DAVID THOMAS, Individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PRESIDENTIAL LIMOUSINE, PRESIDENTIAL LIMOUSINE, A NEVADA CORPORATION, and PRESIDENTIAL LIMOUSINE CONCIERGE SERVICE, INC., and BRENT J. BELL,<br><br>    Defendants. | CASE NO.: 2:15-cv-01066-MMD-PAL<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Plaintiffs WILLIE THURMOND and DAVID THOMAS (the "Named Plaintiffs") and Defendants PRESIDENTIAL LIMOUSINE, PRESIDENTIAL LIMOUSINE, A NEVADA CORPORATION, and PRESIDENTIAL LIMOUSINE CONCIERGE SERVICE, INC., and BRENT J. BELL ("Defendants"), hereby submit the following Stipulated Discovery Plan and Scheduling Order.

///

///

1

## PROPOSED DISCOVERY SCHEDULE

**1.**   **Rule 26(f) Conference**

Pursuant to FRCP 26(f), a meeting was held telephonically on October 1, 2015 and was attended by Dana Sniegocki on behalf of Plaintiffs and R. Calder Huntington on behalf of Defendants .

**2.**   **Discovery Deadlines**

**A**.   **Initial Disclosures.**  The parties agree to exchange initial disclosures pursuant to FRCP 26(a)(1)(c) and will exchange initial disclosures on or before November 10, 2015.

**B**.   **Discovery Cut-Off Date.**  Discovery should be scheduled to conclude within twelve (12) months of the filing of the Defendants' Motion to Dismiss in this matter, meaning on **June 10, 2016**.

**C**.   **Amendment of Pleadings and Joinder of Parties.**  Motions to add parties or amend the pleadings shall be submitted no later than **March 14, 2016**.

**D**.   **Expert Disclosures.**  Initial expert disclosures shall be made by **April 11, 2016** and rebuttal expert disclosures shall be made by **May 11, 2016**.

**E**.   **Dispositive Motion Deadline.**  Dispositive motions shall be filed no later than **July 11, 2016**.

**F**.   **Joint Pretrial Order.**  The joint pretrial order shall be filed no later than **August 9, 2016**, if no dispositive motions are filed and undecided.  If any dispositive motions are filed and undecided, the joint pretrial order shall be filed within 30 days after decisions have been issued on all dispositive motions.

**G**.   **Extensions of Scheduled Deadlines.**  Motions or stipulations to extend any of the aforementioned deadlines must be made 21 days prior to the occurrence of each deadline date pursuant to LR 26-4.

**H.   Interim Status Report.**  Pursuant to LR 26-3, an interim status report shall be filed no later than 60 days before the discovery cut-off date, meaning on **April 11, 2016**.

**3.   Why Additional Time for Discovery is Requested**

This Stipulated Discovery Plan and Scheduling Order seeks a discovery period that exceeds the time otherwise dictated by LR 26-1(e) by a period of six months.  The parties request the additional three months of discovery because this case involves both collective action claims under the Fair Labor Standards Act as well as class action claims under Fed. R. Civ. P. 23.  The parties believe the additional six months of discovery is warranted to allow sufficient time for all parties to gather the necessary information to bring this case to trial.

///

///

///

///

///

///

///

///

///

///

Dated: October 19, 2015

Dated: October 19, 2015

Respectfully submitted,

Respectfully submitted,

/s/ *Dana Sniegocki*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E3
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

/s/ *R. Calder Huntington*
ANTHONY L. HALL, ESQ.
R. CALDER HUNTINGTON, ESQ.
HOLLAND & HART LLP
9555 Hillwood Drive
Las Vegas, NV  89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Attorneys for Defendants

**IT IS SO ORDERED.**

_____

_____

**DATE**

**U.S. MAGISTRATE JUDGE**

4