ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@hollandhart.com
PETER D. NAVARRO, ESQ.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000; Fax: (775) 786-6179

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE THURMOND and DAVID THOMAS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRESIDENTIAL LIMOUSINE, PRESIDENTIAL LIMOUSINE, A NEVADA CORPORATION, and PRESIDENTIAL LIMOUSINE CONCIERGE SERVICE, INC., and BRENT J. BELL,<br><br>Defendants. | CASE NO.: 2:15-cv-01066-MMD-PAL<br><br>**STIPULATION TO STAY ALL PROCEEDINGS**<br><br>**(Second Request)** |

Plaintiffs and Defendants, by and through their counsel of record, submit the below stipulation to stay all proceeding in the above captioned matter. The purpose of this stay is to allow the parties to engage in meaningful settlement discussions in an effort to fully and finally resolve this dispute. As set forth herein, since the parties first request to stay was granted, their negotiations have resulted in agreement to jointly mediate this case with a related case in an effort to reach a global resolution as to both matters.

The parties therefore stipulate and agree that:

1. The above captioned dispute shall be stayed for a period of 68 days commencing on May 11, 2016, and ending July 18, 2016 (the "Stay Period");

2. The Stay Period is calculated to allow this matter to be stayed for the same duration as a related matter before this Court, Case No. 2:16-cv-00305-JAD-PAL, *Cameron E. Oliver v. Bell Trans* ("Oliver Matter"). A stipulation to stay all proceedings in that matter was filed with the Court of April 21, 2016 and is currently set for a hearing on May 12, 2016. The parties are currently in the process of preparing for a joint mediation in an effort to reach a global resolution as to the instance matter and the Oliver Matter.

2. If the parties do not resolve this dispute during the Stay Period and do not request an additional stay from the Court to continue settlement negotiations, the parties agree to jointly submit a new Discovery Plan and Scheduling Order within seven (7) calendar days after the end of the Stay Period;

3. The forgoing request for stay is made in good faith to enable the parties to engage in meaningful settlement dialogue and not for the purpose of delay.

DATED this 11th day of May, 2016.

| BY: /s/ Leon Greenberg, Esq. <br> LEON GREENBERG, ESQ. <br> NV Bar No. 8094 <br> leongreenberg@overtimelaw.com <br> DANA SNIEGOCKI, ESQ. <br> NV Bar No. 11715 <br> dana@overtimelaw.com <br> LEON GREENBERG PROFESSIONAL CORPORATION <br> 2965 South Jones Blvd – Suite E3 <br> Las Vegas, Nevada  89146 <br> Telephone: (702) 383-6085 <br> Fax: (702) 385-1827 <br><br> *Attorneys for Plaintiffs* | BY: /s/ Peter D. Navarro, Esq. <br> ANTHONY L. HALL, ESQ. <br> Nevada Bar No. 5977 <br> ahall@hollandhart.com <br> PETER D. NAVARRO, ESQ. <br> Nevada Bar No. 10168 <br> pdnavarro@hollandhart.com <br> HOLLAND & HART LLP <br> 5441 Kietzke Lane, Second Floor <br> Reno, Nevada  89511 <br> Telephone: (775) 327-3000 <br> Fax: (775) 786-6179 <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED:

_____
United States District Court Judge
Dated:  May 16, 2016

8764522_1